**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Joel JIMENEZ–GUTIERREZ,
aka Angel Lopez–Sanchez,
Defendant–Appellant.**

No. 01–10060.

D.C. No. CR–00–00310–ROS.

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2002.*

Decided June 13, 2002.

Before RYMER, T.G. NELSON and THOMAS, Circuit Judges.

### MEMORANDUM**

Joel Jimenez–Gutierrez appeals his jury-trial conviction and eighty-four month sen-

1. Rowland's request for an initial hearing en banc is denied. *See* Fed. R.App. P. 35(a).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

tence imposed for attempted re-entry into the United States following deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *United States v. Aguilar,* 756 F.2d 1418, 1421 (9th Cir.1985), and we reverse and remand.

Jimenez–Gutierrez contends that the district court erred by permitting the jury to consider and return a guilty verdict for attempted re-entry, an offense that had been stricken from the indictment during a pretrial proceeding.

The government concedes that the district court erred in light of *Aguilar,* 756 F.2d at 1424–25 (reversing where defendant was convicted of an offense that had been effectively dismissed from the indictment), and *United States v. Pazsint,* 703 F.2d 420, 423–24 (9th Cir.1983) (reversing conviction where jury was instructed on an offense not charged in the indictment). Accordingly, the judgment of conviction is reversed. *Pazsint,* 703 F.2d at 425.[1]

**REVERSED and REMANDED.**

1. In light of our disposition, we do not reach the additional contentions raised in Jimenez–Gutierrez's opening brief.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.